IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG,<br><br>    Defendants. / | No. CR 14-534 CRB<br><br>**ORDER RE FBI 302 REPORTS AND FURTHER EVIDENTIARY HEARING** |

After reviewing Government Exhibit 37 (FBI 302 Report), the Court concludes that the report contains hearsay that is not admissible for the truth of the matter asserted. See, e.g., United States v. Makhlouta, 790 F.2d 1400, 1402 (9th Cir. 1986). The Court VACATES the briefing schedule on the admissibility of the FBI 302 Report.

The Court further ORDERS that the government may call the witness whose statements were recorded in the disputed FBI 302 Report, along with any similar witnesses, at a further evidentiary hearing set for May 3, 2016. The government is ORDERED to provide Defendants with a witness list not later than ten days before the hearing.

**IT IS SO ORDERED.**

Dated: April 5, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE