LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:  lfeuchtbaum@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

NANCI L. CLARENCE (State Bar No. 122286)
E-Mail:  nclarence@clarencedyer.com
CLARENCE, DYER & COHEN, LLP
899 Ellis Street
San Francisco, CA 94109
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694

Attorneys for RAYMOND A. GRINSELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-14-534 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, | Judge:  Honorable Charles R. Breyer<br>Date:  October 19, 2016<br>Time:  1:00 p.m. |
| | Honorable Charles R. Breyer |
| Defendants. | Trial Date:  Not set |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The Parties in the above-captioned matter are scheduled to appear before this Court on October 19, 2016 for a Status Conference regarding a pending motion that examines whether a portion of the Government's evidence was tainted by recordings that the Court has suppressed. The Parties are presently examining whether it may be possible to resolve the case without proceeding to trial, and agree that a continuance of this Status Conference would help facilitate those discussions.

1  Accordingly, the Parties stipulate and request that the Court continue the Status
2  Conference regarding tainted evidence until a date in approximately 30-days that is convenient for
3  the Court. The Parties agree that the time between October 19, 2016 and the date of the
4  rescheduled Status Conference is excludable because of the pending motion, and for effective
5  preparation of counsel. *See* 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(B)(iv).
6  IT IS SO STIPULATED.

7  DATED: October 18, 2016              SIDEMAN & BANCROFT LLP

9                                       By:  */s/ Louis P. Feuchtbaum*
10                                           Louis P. Feuchtbaum

11                                      CLARENCE, DYER & COHEN

13                                      By:  */s/ Nanci L. Clarence*
14                                           Nanci L. Clarence

15                                      Attorneys for Defendant
16                                      RAYMOND A. GRINSELL

17 DATED: October 18, 2016              VINSON & ELKINS LLP

19                                      By:  */s/ Matthew J. Jacobs*
20                                           Matthew J. Jacobs

21                                      Attorneys for Defendant
                                        JOSEPH J. GIRAUDO

23 DATED: October 18, 2016              LAW OFFICES OF DORON WEINBERG

25                                      By:  */s/ Doron Weinberg*
                                             Doron Weinberg

27                                      Attorney for Defendant
                                        KEVIN B. CULLINANE

2
Case No. CR-14-534 CRB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

DATED: October 18, 2016          LATHAM & WATKINS LLP

By:  /s/ Ashley M. Bauer
     Ashley M. Bauer

     Attorneys for Defendant
     ABRAHAM S. FARAG

DATED: October 18, 2016          ROSEN, BIEN, GALVAN & GRUNFELD LLP

By:  /s/ Jeffrey L. Bornstein
     Jeffrey L. Bornstein

     Attorneys for Defendant
     JAMES F. APPENRODT

DATED: October 18, 2016          UNITED STATES OF AMERICA

By:  /s/ Lidia Maher
     Lidia Maher
     Andrew Nicholson-Meade
     Kevin B. Hart

     Attorneys for Plaintiff
     UNITES STATES OF AMERICA

## **CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

  /s/ Louis P. Feuchtbaum
  Louis P. Feuchtbaum

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the status conference set for October 19, 2016 shall be continued until 2:00 a.m./p.m. on 11/21/2016. The Court finds that the time from October 19, 2016 until this date of the rescheduled Status Conference shall be excludable because there is a motion pending before the Court. *See* 18 U.S.C. § 3161(h)(1)(D). The Court also finds that this time is excludable because a failure to exclude time would unreasonably deny parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: 11/4/2016

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

7013-1\3054493v1