IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-534 CRB |
| Plaintiff, | **ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANTS' MOTION TO COMPEL** |
| v. | |
| JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, | |
| Defendants. / | |

On February 3, 2017, Defendants moved to compel production of certain documents that they maintain are critical to the evidentiary hearing that will continue on February 27. See Mot. to Compel (dkt. 201). The Court ORDERS the government to respond no later than Friday, February 10.

**IT IS SO ORDERED.**

Dated: February 7, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE