VINSON & ELKINS LLP
Matthew J. Jacobs (CSB 171149)
    Email: mjacobs@velaw.com
Erica Connolly (CSB 288822)
    Email: econnolly@velaw.com
Christopher W. James (CSB 289047)
    Email: cjames@velaw.com
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: +1.415.979.6900
Facsimile: +1.415.651.8786

Attorneys for Defendant
JOSEPH J. GIRAUDO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSEPH J. GIRAUDO,<br><br>            Defendant. | Case No.  CR 14-00534 CRB<br><br>**MOTION TO EXCEED PAGE LIMITS FOR SENTENCING MEMORANDUM** |

Defendant Joseph Giraudo, by and through undersigned counsel, respectfully moves this Court for leave to file a sentencing memorandum in excess of fifteen pages.  As the Court is aware, Mr. Giraudo pleaded guilty without having reached an agreement with the government.  As a result, Mr. Giraudo and the government have not reached consensus on many factors to be considered for the imposition of Mr. Giraudo's sentence.[1]  The parties dispute, for example, how Mr. Giraudo's role in the offense and his volume of commerce should be calculated under the Sentencing Guidelines.  Mr. Giraudo further maintains that under the 18 U.S.C. § 3553 factors, a departure is warranted from both the Guideline calculations and the Probation Officer's recommended sentence.  The factual and legal context for these disputes requires significant briefing for the Court.

The Criminal Local Rules do not provide a page limit for sentencing memoranda (*see* Crim. L.R. 32-5(b)), but the Court's Standing Order provides that, aside from summary judgment motions, all other briefs or memoranda of points and authorities must not exceed fifteen pages.  Standing Orders (rev. June 11, 2015).  The numerous disputes between Mr. Giraudo and the government regarding his Sentencing Guidelines calculation and the correct sentence that should be imposed require sufficient information and context to allow the Court to make an appropriate determination.  Accordingly, Mr. Giraudo seeks leave to file a sentencing memorandum of thirty pages.

Dated:  April 19, 2018                                                            VINSON & ELKINS LLP

By:   */s/ Matthew J. Jacobs*
     Matthew J. Jacobs
     Attorneys for Defendant
     JOSEPH J. GIRAUDO

---

[1] Counsel for Mr. Giraudo previewed for the Court that these types of disputes were likely.  *See* 09/19/2017 Tr. at 22:12-15 (Court: "And somebody should just highlight to me – I'm sure you won't be shy – that there are issues that have to be adjudicated before the imposition of sentence."); *id*. at 24:4-11 (Mr. Jacobs: "[O]nce the Presentence Reports are done, and we figure out where these issues are, that perhaps this – the two defendants here could come back and have a hearing in front of the Court"; the Court: "Of course."; Mr. Jacobs: "to talk about what the best way of proceeding is"; the Court: "Sure.  No problem with that.").

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 19, 2018, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

Dated:  April 19, 2018                         By:     */s/   Matthew J. Jacobs*
                                                        Matthew J. Jacobs
                                                        Attorneys for Defendant
                                                        JOSEPH J. GIRAUDO